UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MATTHEW JOSEPH,                    1:09-cv-00581-BAK-GSA (HC)

         Petitioner,

     vs.                                ORDER AUTHORIZING
                                       IN FORMA PAUPERIS STATUS

STATE OF UTAH,

         Respondent.
_____/

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

     IT IS SO ORDERED.

     **Dated: May 7, 2009**             **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE